IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

SHANNON LINDSEY,  \*

    Plaintiff,  \*

v.  Case No. 1:22-cv-167 (LAG)

    \*

COMMISSIONER OF SOCIAL SECURITY,

    \*

    Defendant.

    \*

## **J U D G M E N T**

Pursuant to the Order of this Court filed December 26, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $2,304.91 .

This 26th day of December 2024.

                                            David W. Bunt, Clerk

                                            s/ Timothy L. Frost, Deputy Clerk